UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:  Patrick A. McGee a/k/a Patrick Aaron McGee; Lisa A. McGee a/k/a Lisa Anne McGee

*Debtor(s),*

Chapter 7

Case No.  15-40778

Judge Donald R. Cassling

## NOTICE OF MOTION

TO:  SEE ATTACHED ADDRESSES

PLEASE TAKE NOTICE THAT ON January 8, 2016 at 10:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling, U.S. Bankruptcy Judge, Kane County Courthouse, in Room 240, 100 South 3rd Street, Geneva Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.

## CERTIFICATION

I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF or by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on December 21, 2015, with proper postage prepaid.

Pierce & Associates, P.C.

*THESE DOCUMENTS ARE AN
ATTEMPT TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED
WILL BE USED FOR THAT PURPOSE*

/s/ Dana O'Brien
Dana O'Brien
ARDC# 6256415
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

## NOTICE OF MOTION ADDRESSES

To Trustee:
Frank J Kokoszka
Kokoszka & Janczur, P.C.
122 South Michigan Ave
Suite 1070
Chicago, IL 60603-6270 **by Electronic Notice through ECF**

Patrick A. McGee a/k/a Patrick Aaron McGee; Lisa A. McGee a/k/a Lisa Anne McGee
23 W 310 Westchester Ct
Glen Ellyn, IL 60137
**by U.S. Mail**

To Attorney:
Charles L. Magerski
Sulaiman Law Group, LTD
900 Jorie Boulevard
Suite 150
Oak Brook, IL 60523
**by Electronic Notice through ECF**

Pierce & Associates, P.C.
Attorney For: Creditor
1 N. Dearborn St. Suite 1300
Chicago, IL 60602
(312) 346-9088

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

IN RE:   Patrick A. McGee a/k/a Patrick
Aaron McGee; Lisa A. McGee a/k/a Lisa
Anne McGee

   *Debtor(s),*

Chapter 7

Case No.  15-40778

Judge Donald R. Cassling

## <u>MOTION TO MODIFY THE AUTOMATIC STAY</u>

NOW COMES Seterus, Inc., as authorized subservicer for Federal National Mortgage

Association ("Fannie Mae"), a corporation organized and existing under the laws of the United

States of America, by and through its attorneys, Pierce & Associates, P.C., and requests that the

Automatic Stay heretofore entered on the property located at 23 W 310 Westchester Ct., Glen

Ellyn, IL 60137, be modified, stating as follows:

1.  On November 30, 2015, the above captioned Chapter 7 was filed.

2.  Seterus, Inc., as authorized subservicer for Federal National Mortgage Association
    ("Fannie Mae"), a corporation organized and existing under the laws of the United
    States of America services the first mortgage lien on the property located at 23 W
    310 Westchester Ct., Glen Ellyn, IL 60137.

3.  The debt is based on an August 31, 2007, Mortgage and Note in the original sum of
    $299,000.00.

4.  As of December 18, 2015 the funds necessary to pay off Seterus, Inc., as authorized
    subservicer for Federal National Mortgage Association ("Fannie Mae"), a
    corporation organized and existing under the laws of the United States of America
    on the above captioned account were approximately $290,443.58. Additional interest

advances and charges may have accrued under the security instrument through the

presentment of this motion. The debtors' schedules list the fair market value of said

property at $260,000.00.  According to the debtors' schedules, there are other liens

on the property totaling $27,056.00.

5.   The account is currently due and owing to Seterus, Inc., as authorized subservicer for

Federal National Mortgage Association ("Fannie Mae"), a corporation organized and

existing under the laws of the United States of America for the June 1, 2015 current

mortgage payment and those thereafter, plus reasonable attorney fees and costs.

6.   The debtors have no equity in the property located at 23 W 310 Westchester Ct.,

Glen Ellyn, IL 60137, for the benefit of unsecured creditors.

7.   Seterus, Inc., as authorized subservicer for Federal National Mortgage Association

("Fannie Mae"), a corporation organized and existing under the laws of the United

States of America continues to be injured each day it remains bound by the

Automatic Stay.

8.   Seterus, Inc., as authorized subservicer for Federal National Mortgage Association

("Fannie Mae"), a corporation organized and existing under the laws of the United

States of America is not adequately protected.

9.   The property located at 23 W 310 Westchester Ct., Glen Ellyn, IL 60137 is not

10.  No cause exists to delay the enforcement and implementation of relief and

Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that

Bankruptcy Rule 4001(a)(3) be waived as not applicable, and such other relief as this Court

deems just.

> Seterus, Inc., as authorized
> subservicer for Federal
> National Mortgage
> Association ("Fannie Mae"), a
> corporation organized and
> existing under the laws of the
> United States of America
>
>
> /s/ Dana O'Brien
> Dana O'Brien
> ARDC# 6256415
>
> Pierce & Associates, P.C.
> 1 N. Dearborn St. Suite 1300
> Chicago, IL 60602
> (312) 346-9088